### JOHNSON, et v NEW CONCORD (Village) et

Ohio Appeals, 5th Dist, Muskingum Co

Decided Dec 6, 1930

For full opinion see 176 NE 689; 39 Oh Ap 9 (Oh Bar 9-15-31).

### WASSERMAN, A Minor v ZURICH GENERAL ACCIDENT & LIABILITY INS CO, Ltd

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 9, 1931

For full opinion see 177 NE 45; 39 Oh Ap 33 (Oh Bar 9-15-31).

### STEPHENSON, et v McCURDY

Ohio Supreme Court

No. 22633. Decided June 17, 1931

For full opinion see 124 Oh St 117 (Oh Bar 8-4-31).

### TAPLIN-RICE-CLERKIN CO v HOWER

Ohio Supreme Court

No. 22785. Decided June 17, 1931

For full opinion see 124 Oh St 123 (Oh Bar 8-4-31).